**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00392-CV

## IN THE ESTATE OF DOROTHY N. WILLIAMS, DECEASED

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-00212-2**

## ORDER

We **GRANT** appellant's July 29, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **AUGUST 10, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE